■ In the Matter of JUDITH THOMAS, Petitioner, v EILEEN O'ROURKE et al., Respondents. [933 NYS2d 594]—

The record contains substantial evidence to support the respondents' determination terminating the petitioner's participation in the Section 8 Housing Choice Voucher Program (*see* 24 CFR 982.552 [b] [2] [2010]; *Matter of Friend v Mulligan*, 16 AD3d 685, 686 [2005]; *Matter of Douglas v Lannert*, 272 AD2d 327 [2000]). In addition, the notice of termination adequately apprised the petitioner of the violations upon which the termination of her benefits from the program was based (*see Matter of Block v Ambach*, 73 NY2d 323, 333 [1989]; *Matter of Friend v Mulligan*, 16 AD3d at 686).

The petitioner's remaining contentions are without merit. Dillon, J.P., Angiolillo, Florio and Dickerson, JJ., concur.